## MONNINGTON v. COTTERAL.

No. 1142.   Opinion Filed July 12, 1910.

(110 Pac. 652.)

APPEAL AND ERROR—Failure to File Brief—Dismissal. Same as that in Leavitt et al. v. Commercial National Bank, infra, 109 Pac. 71.

(Syllabus by the Court.)

*Error from District Court, Noble County; W. M. Bowles, Judge.*

Action between John Monnington and Anna Cotteral. From the judgment, Monnington brings error. Dismissed.

*F. S. Winn,* for plaintiff in error.
*P. W. Cress,* for defendant in error.

WILLIAMS, J.   The petition in error with case-made attached was filed in this court on the 15th day of October, 1909. No brief has been prepared, served, and filed by plaintiff in error as required by rule 7 (20 Okla. viii., 95 Pac. vi.)   On May 23, 1910, motion was made by defendant in error to dismiss the appeal on account of failure to comply with said rule.   For the reason set out in *Leavitt v. Commercial National Bank, infra,* 109 Pac. 71, said motion is sustained.   Appeal dismissed.

All the Justices concur.